UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| PANTROL, INC., a Washington corporation, | ) ) ) | |
| Plaintiff, | ) ) | NO. 12-CV-158 -JLQ |
| v. | ) ) ) | **ORDER DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE** and **CLOSING OF FILE** |
| ELTEK VALERE, INC., a Delaware for-profit corporation; ERICSSON, INC., a Delaware for-profit corporation, | ) ) ) ) | |
| Defendants. | ) ) | |

Pursuant to the Stipulation of the parties (ECF No. 27), the Clerk of this court shall enter judgment of dismissal with prejudice of the Complaint (ECF No. 1) and the claims therein, as well as the counterclaims of Eltek against Plaintiff in the Amended Answer (ECF No. 23), without costs or attorneys fees to any party.

The Clerk of this court shall enter this Order and judgment, forward copies to counsel, and close this file.

DATED this 28th day of September 2012.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER – 1