AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

PANTROL, INC., A Washington corporation,

                      v.

ELTEK VALERE, INC. a Delaware for-profit corporation;
ERICSSON, INC. a Delaware for-profit corporation

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-158-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Complaint ECF No. [1] and the claims therein, as well as the counterclaims of Eltek against Plaintiff in the Amended Answer ECF No. [23] are dismissed with prejudice and without costs or attorneys fees to any party.

September 28, 2012  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Virginia Reisenauer  
*(By) Deputy Clerk*  
Virginia Reisenauer